

30 Wall Street, 8th Floor
New York, NY 10005

B: 212-652-2782
F: 212-652-2783



April 27, 2018

Magistrate Judge Vera M. Scanlon
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201

                                  Re:   <u>360 Lounge, LLC et al. v. The City of New York, et al. Docket No.: 16 cv 4590 (NG)(VMS)</u>

Dear Magistrate Judge Scanlon:

     According to the Order, discovery should've closed today. Unfortunately, plaintiffs attempt to avoid court intervention can no longer be avoided.

     Plaintiff has complied with defendants' discovery requests months ago. Thus far, despite plaintiffs' patience, defendants' have turned over 75 pages of discovery without any video, tape recordings, text messages, etc. From the plaintiffs' perspective defendants' disclosures are woefully inadequate for the amount of times their businesses were visited including the on-going corruption scandal.

     Therefore, plaintiff is motioning the court for an immediate discovery conference to facilitate the completion of discovery.

                                                      Respectfully submitted,

                                                      Eric Sanders (ES0224)

ES/es