FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 28 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

360 LOUNGE, LLC; HEI YIN YU; FORBIDDEN CITY NY INC.; YUE HUA WENG; HOME RUN KTV, INC. and WANG ZHENG,

                Plaintiffs,

-against-

THE CITY OF NEW YORK; WILLIAM J. BRATTON, as Police Commissioner; JOSEPH P. REZNICK, as Deputy Commissioner, Internal Affairs Bureau; DIANA L. PIZZUTI, as Assistant Chief, Patrol Borough Queens North; THOMAS CONFORTI, as former Commanding Officer, 109 Precinct; WILLIAM L. SEEGER, as Lieutenant, Internal Affairs Bureau Group No. 26 and CHARLES STRAVALLE, as Beverage Control Officer, New York State Liquor Authority,

                Defendants.

------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

16-CV-4590 (NG)(VMS)

    **WHEREAS,** plaintiffs HEI YIN YU, and 360 LOUNGE, LLC commenced this action by filing a Complaint on or about August 17, 2016, alleging that defendants violated their federal civil rights; and

    **WHEREAS,** defendants THE CITY OF NEW YORK, WILLIAM J. BRATTON, JOSEPH P. REZNICK, DIANA L. PIZZUTI, THOMAS CONFORTI, and WILLIAM L. SEEGER have denied any and all liability arising out of plaintiffs' allegations;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), by and between the undersigned counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiffs HEI YIN YU, and 360 LOUNGE, LLC against defendants, THE CITY OF NEW YORK, WILLIAM J. BRATTON, JOSEPH P. REZNICK, DIANA L. PIZZUTI, THOMAS CONFORTI, and WILLIAM L. SEEGER, including their successors and assignees, and all past and present officials, employees, representatives and agents of the City of New York, arising out of the events alleged in the Complaint in this matter, are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorneys' fees to either party.

Dated: New York, N.Y.
       November __, 2018

THE SANDERS FIRM, P.C.
Eric Sanders, Esq.
*Attorney for Plaintiffs*
30 Wall Street
8th Floor
New York, New York 10005

212.652.2782
esanders@thesandersfirmpc.com

By: _____
    Eric Sanders, Esq. 12.12.2018

New York, N.Y.
November 27, 2018

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-140
New York, New York 10007

212.356.3524
Cbeck@law.nyc.gov

By: _____
    Curt P. Beck, Esq.
    Special Corporation Counsel

SO ORDERED:

/s/ USDJ NINA GERSHON
_____
HONORABLE NINA GERSHON, U.S.D.J.
       12-19-18